FILED
2015 Apr-28 AM 09:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRUCE MCLEOD and GWENDOLYN MCLEOD, <br><br> Plaintiffs. <br><br> v. <br><br> CALIBER HOME LOANS, INC. f/k/a VERICREST FINANCIAL, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  CV-14-B-0703-S |

## JOINT STIPULATION OF DISMISSAL

Pursuant to the Federal Rules of Civil Procedure, Plaintiffs, Bruce McLeod and Gwendolyn McLeod ("McLeod") and Defendant, Caliber Home Loans, Inc., ("Caliber" and collectively "Parties") hereby file this Joint Stipulation of Dismissal. The Parties have reached a settlement of the claims, and stipulate that all claims against Defendant be dismissed with prejudice, costs taxed as paid.

Respectfully submitted this 28th day of April, 2015.

Respectfully Submitted,

/s/ John G. Watts

**John G. Watts (ASB-5819-t82j)**
**M. Stan Herring (ASB-1074-n72m)**
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com
stan@wattsherring.com

**Attorneys for Plaintiffs**

/s/ Natalie Bolling

Natalie R. Bolling
Meade Hartfield
Attorneys for Defendant
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
Wells Fargo Tower
420 North 20th Street, Suite 1400
Birmingham, Alabama  35203
(205) 328-0480
(205) 488-3802 fax
nbolling@bakerdonelson.com
mhartfield@bakerdonelson.com

**Attorneys for Defendant**